IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAX ANALYSTS, | ) |
|       Plaintiff, | ) |
| v. | ) Case No. 1:25-cv-01409-CRC |
| INTERNAL REVENUE SERVICE, | ) |
|       Defendant. | ) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Internal Revenue Service (the Service) moves under Fed. R. Civ. P. 56(a) for summary judgment in this action brought by Plaintiff Tax Analysts under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The Service properly applied FOIA Exemption 7(E) to the records requested by Plaintiff, and it has demonstrated that foreseeable harm would result from the release of these records. Moreover, the Service has satisfied its segregability obligations under the FOIA Improvement Act of 2016. Thus, the Service requests that the Court enter summary judgment in its favor and dismiss this suit with prejudice. Attached to this motion are a memorandum of law, statement of undisputed material facts, the Declaration of Ronald H. Hodge, II, and a proposed order.

[*Signatures on following page*]

| | |
|---|---|
| Dated: March 5, 2026 | Respectfully submitted,<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br><br>JOSHUA WU<br>Deputy Assistant Attorney General<br>Tax Litigation Branch<br><br>*/s/ Anna A. Miller*<br>ANNA A. MILLER<br>RYAN O. MCMONAGLE<br>Trial Attorney<br>Tax Litigation Branch<br>Civil Division, Department of Justice<br>P.O. Box 227<br>Washington, D.C. 20044<br>Telephone: (202) 257-7595 (AAM)<br>Fax: (202) 514-6866<br>Anna.A.Miller@usdoj.gov<br>Ryan.McMonagle@usdoj.gov<br><br>*Counsel for the Internal Revenue Service* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice to all registered to receive it.

*/s/ Anna A. Miller*
ANNA A. MILLER
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
